**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eric James Eagar,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>　　　　Defendant. | No. CV-24-08226-PCT-SHD (MTM)<br><br>**ORDER** |

　　　　Pursuant to the Stipulated Motion for Remand, (Doc. 13),

　　　　**IT IS ORDERED** that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the Commissioner will further develop the record as necessary, offer Mr. Eagar the opportunity for a hearing, and issue a new decision.

　　　　**IT IS FURTHER ORDERED** directing that the Clerk of Court shall enter a final judgment in favor of Plaintiff Eric James Eagar, and against Defendant, reversing the final decision of the Commissioner.

　　　　Dated this 10th day of February, 2025.

_____
Honorable Sharad H. Desai
United States District Judge